UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                        Case No:  2:15-cv-736-FtM-38MRM

WEST COAST DEVELOPMENT
CORPORATION OF NAPLES, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff, Patricia Kennedy's Amended Motion for Summary Judgment (Doc. #16) filed on February 4, 2016.  In Response to the Motion for Summary Judgment, the Defendant, West Coast Development (West Coast) filed a Motion for Relief under Fed R. Civ. P. 56(d) (Doc. #18) on February 11, 2016.  The Motion is fully briefed and ripe for the Court's review.

## BACKGROUND

Plaintiff is confined to a wheelchair due to a spinal injury as a result of an automobile accident.  Plaintiff visited West Coast's shopping center located at 5555 Golden Gate Parkway, Naples, Collier County, Florida.  Plaintiff states she encountered various ADA violations which served as a barrier to her access to the shopping center. As a result of the alleged ADA violations, Plaintiff brought the instant law suit alleging

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

West Coast has discriminated against her by denying her full access and accommodation to its place of public accommodation or commercial facility.

West Coast was served with the Complaint on December 2, 2015. West Coast filed its Answer and Defenses on December 23, 2015. The Court has not yet issued its Case Management and Scheduling Order governing discovery and disclosure of expert reports. Plaintiff now moves for summary judgment. Plaintiff's Motion for Summary Judgment includes a report filed by her expert.

## DISCUSSION

Plaintiff moves for summary judgment arguing that the existence of the barriers found at West Coast's shopping center discriminated against her by denying her access to, and full and equal enjoyment of, the goods, services, facilities, privileges, advantages and/or accommodations of the buildings, as prohibited by 42 U.S.C. § 12182 *et seq.* West Coast filed a Response moving for the Court to deny the Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56(d).

Rule 56(d) reads in pertinent part:

> If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order.

Fed. R. Civ. P. 56(d). West Coast's Motion is well taken. Discovery in this matter has not even begun and Plaintiff filed her motion arguing that the evidence presented in her expert report should be taken as undisputed without giving West Coast the opportunity to have its own expert examine the property. As such, good cause exists to deny Plaintiff's Motion for Summary Judgment pursuant to Fed. R. Civ. P, 56(d).

Accordingly, it is now

**ORDERED:**

(1) Plaintiff, Patricia Kennedy's Amended Motion for Summary Judgment ([Doc. #16](#)) is **DENIED without prejudice**. The Plaintiff will be allowed to file an Amended Motion for Summary Judgment after discovery has concluded.

(2) The Defendant, West Coast Development's (West Coast) Motion for Relief under [Fed R. Civ. P. 56(d)](#) ([Doc. #18](#)) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of February, 2016.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record